**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| KATHY DONAGHEY | CIVIL ACTION NO. 24-0616 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| PROGRESSIVE CASUALTY INSURANCE CO., ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Kathy Donaghy ("Plaintiff") filed this civil action in state court, and it was removed based on an assertion of diversity jurisdiction. Some of the defendants filed a Motion to Strike (Doc. 8) that asked the Court to strike certain allegations. Plaintiff originally opposed the motion. She more recently filed an unopposed motion for leave to amend her complaint (Doc. 36), in which she represented that the proposed amendment would remove the content attacked in the motion to strike. Leave to amend was granted, and Plaintiff filed a completely restated complaint, which supersedes the original and renders it of no legal effect. See Boelens v. Redman Homes, Inc., 759 F.2d 504, 508 (5th Cir. 1985). Accordingly, the Motion to Strike (Doc. 8) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 26th day of September, 2024.

_____
United States District Judge